**No. 64951.**—World Wide Services, Inc. *v.* United States, protest 60/3229 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64952.**—World Wide Services, Inc. *v.* United States, protest 60/3271 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64953.**—W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protest 60/3295 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64954.**—J. H. Coogan *v.* United States, protest 60/4026 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, DECEMBER 8, 1960

**No. 64955.**—Waldburger & Co., Inc. *v.* United States, protests 59/14388, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 64956.**—M. Ashizawa and Joseph A. Paredes & Co. et al. *v.* United States, protests 58/18304, etc. (San Francisco).